

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00694-CV

Paul D. **RICE** and M. Susan Rice,
Appellants

v.

Charles C. **HICKERSON** and Eva M. Hickerson,
Appellees

From the 452nd District Court, Mason County, Texas
Trial Court No. 175739
Honorable Robert R. Hofmann, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. We withdraw our September 26, 2018 order and lift the stay it imposed. We authorize Appellees to withdraw their cash deposit from the trial court's registry.

Appellants' September 26, 2018 emergency motion for review of the trial court's supersedeas order is DENIED AS MOOT.

We ORDER that Appellees Charles C. Hickerson and Eva M. Hickerson recover their costs of court for this appeal from Appellants Paul D. Rice and M. Susan Rice.

SIGNED March 25, 2020.

_____
Patricia O. Alvarez, Justice